KEB

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arletty Diez Uliver, | No.    CV-26-02177-PHX-SMB (JFM) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, et al., | |
| Respondents. | |

Petitioner, who is confined in the Eloy Detention Center, filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) and an Emergency Motion or Request for Expediting Handing (Doc. 2) and paid the filing fees for this action.

Petitioner acknowledges she is subject to mandatory detention under 8 U.S.C. § 1225(b)(2).  However, she alleges her detention, which has lasted more than 15 months, has become prolonged and, as a result, she is entitled to a bond hearing.

The Supreme Court has determined there is no statutory right to periodic bond hearings for aliens detained during the pendency of removal proceedings.  *Jennings v. Rodriguez*, 583 U.S. 281, 297 (2018) ("Until [removal proceedings end] nothing in the statutory text imposes any limit on the length of detention.  And neither § 1225(b)(1) nor § 1225(b)(2) says anything whatsoever about bond hearings.").  And while *Jennings* did not address whether such a right exists under the Constitution, the Supreme Court subsequently held that an alien unlawfully present in the United States "has only those rights regarding admission that Congress has provided by statute."  *Dep't of Homeland*

*Sec. v. Thuraissigiam*, 591 U.S. 103, 140 (2020); *see also Espinoza Lopez v. Noem*, CV-26-00345 (JHR), 2026 WL 266597, at *3 (S.D.N.Y. Feb. 2, 2026). Based on Petitioner's allegations, the Court finds Petitioner is subject to mandatory detention and, therefore, not entitled to a bond hearing under statutory or constitutional authority. The Court will dismiss the Petition without prejudice and deny as moot the Emergency Motion.

**IT IS ORDERED:**

(1) The Petition for Writ of Habeas Corpus (Doc. 1) is **denied**. The Clerk of Court must enter judgment accordingly and close this case.

(2) The Emergency Motion or Request for Expediting Handing (Doc. 2) is **denied as moot**.

Dated this 1st day of April, 2026.

Honorable Susan M. Brnovich
United States District Judge

- 2 -